## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-1056-JTM |
| MARY CORREIA, | ) ) | |
| Defendant. | ) ) ) | |

### MEMORANDUM AND ORDER

Christopher Nathaniel Washington, pro se, is apparently incarcerated in a prison located in Tehachapi, California and has been granted leave to proceed in forma pauperis. (Doc. 9).  His complaint alleges that Mary Correia breached a contract and otherwise engaged in fraud in the course of business transactions concerning stock in a closely held corporation. This matter is before the court on his numerous motions concerning the issuance of service of process on Mary Correia.  The court's rulings are set forth below.

### Motion for Summons (Doc. 30)

Because plaintiff proceeds in forma pauperis, the clerk of the court was directed to take the steps necessary to serve defendant with a summons and copy of plaintiff's amended complaint.  (Doc. 9, See 28 U.S.C. 1915(d) & Fed. R. Civ. P. 4(c)(3)).  The clerk's office

requested that plaintiff provide an address for the defendant so that service could be effectuated. (Doc. 11). Conceding that he did not have a current address for defendant when he originally requested leave to proceed in forma pauperis, plaintiff filed various motions in an attempt to discover Mary Correia's address. Plaintiff has now identified an address for Mary Correia and moves for issuance of summons to be served at that address. Plaintiff's motion shall be GRANTED.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a summons (**Doc. 30**) is **GRANTED** and the clerk of the court shall take the steps necessary for process to be served on **Mary Correia at 330 Tyler Road #616, Wichita, Kansas 67209.**

### Motions for Reconsideration (Docs. 25 & 29) and Motion for Subpoena (Doc. 27)

The court previously denied plaintiff's motion to conduct expedited discovery (Doc. 17) and plaintiff moves for reconsideration (Doc. 25 & 29) and issuance of a records subpoena (Doc. 27). Plaintiff has not set forth appropriate grounds for reconsideration and issuance of the subpoena. Equally important, plaintiff has now provided an address to serve Mary Correia; thus, his motions for reconsideration and expedited discovery are moot.

**IT IS THEREFORE ORDERED** that plaintiff's motions for reconsideration (**Docs. 25 & 29**) and motion for subpoena (**Doc. 27**) are **DENIED.**

**Motion for Alternative Dispute Resolution (Doc. 28)**

In a motion closely related to his request for expedited discovery, plaintiff moves for an order directing the manager of an apartment complex to participate in "alternative dispute resolution" concerning the apartment's records. The request for alternative dispute resolution is not supported by any legal or factual basis and is DENIED.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel the manager of an apartment complex to engage in alternative dispute resolution **(Doc. 28)** is **DENIED.**

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 7th day of February 2013.

S/ Karen M. Humphreys

_____
KAREN M. HUMPHREYS
United States Magistrate Judge